In the United States District Court

For the District of Rhode Island
(Form mailed 12/1/1, 2007)

Miguel Flaquer
D.W.W.D.F
950 High st
Central Falls, RI 02863

Enter above the full name of the plaintiff in this action.

CA 07 442S

v.

Civil Action No. ____________

Luis O Diaz
710 west 190th street suiteD
New york New york
10040-2903

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☑

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

____________

Defendants: ____________

____________

2. Court (if federal court, name the district; if state court, name the county):

____________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
______________________
______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☐ No ☐

B. If your answer is YES:

1. What steps did you take? ______________________
______________________

2. What was the result? ______________________
______________________

C. If your answer is NO, explain why not: Because this suit is a personal lawsuit Nothing to do with prison employees

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Miguel Flaguer

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant Luis O Diaz is employed as a lawyer New york at 710 west 190th street suite D

C. Additional Defendants: ______________________
______________________
______________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

This Attorney had no license to practice in The state of Connecticut and took my Family money

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

I would like this Court to have this Attorney give my Family back There money they gave him to represent me For nothing and he lied and used his power to lie to my Family and They have reciepts For The money They gave This lawyer, he Committed a crime and my relief is either he lose his licence to practice or please return my Family's money. Thank you.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this December day of 1 _________, 20 07.

[signature]
Signature of plaintiff

D.W.W. D.F
950 High St
Central Falls, RI 02863
Complete address of plaintiff