UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Miguel Flaquer
Petitioner

V. CA 07-442S

Luis O. Diaz
Respondent

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 06, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Plaintiff's Motion to Proceed In Forma Pauperis is DENIED without prejudice and Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

BY ORDER:

Loren Baldwin

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 1/2/08