**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Miguel Flaquer**
**Plaintiff**

**V.** **Case Number: C.A. 07-442S**

**Luis O. Diaz**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Defendant, Luis O. Diaz against the Plaintiff, Miguel Flaquer pursuant to the Court's Order dated January 2, 2008, adopting the Magistrate Judge's Report and Recommendation dated December 6, 2007, denying Plaintiff's Motion to Proceed in Forma Pauperis and dismissing Plaintiff's complaint with prejudice pursuant to 28 U.S. C. §§ 1915 (e)(2) (B) (i) and (ii).**

**BY ORDER:**

**January 03, 2008**
**Date**

**Deputy Clerk**